IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| PRISCILLA PRIESTLEY, ) | |
| ) | Civil Action No. |
| Plaintiff, ) | 4:20-cv-00254-HLM-WEJ |
| ) | |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| GEORGIA WINES, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal with prejudice of all claims asserted by Plaintiff or which could have been asserted by Plaintiff in the above-captioned proceeding. Pursuant to this Stipulation, this action is hereby dismissed with prejudice in its entirety, and each party shall bear its own costs and attorney fees.

This 15th day of January 2021.

**BARRETT & FARAHANY**

/s/ V. Severin Roberts
V. Severin Roberts
Georgia Bar No. 940504
Severin@JusticeAtWork.com
1100 Peachtree Street, NE
Suite 500

Atlanta, GA 30309
Telephone: (404) 214-0120

Attorney for Plaintiff Priscilla Priestley


**MILLER & MARTIN PLLC**

/s/ Charles B. Lee
Charles B. Lee
Georgia Bar No. 443095
chuck.lee@millermartin.com
Jessica Malloy-Thorpe
Georgia Bar No.  619845
jessica.malloy-thorpe@millermartin.com
1180 West Peachtree Street, NW
Suite 2100
Atlanta, GA  30309-3407
Telephone:  404-962-6100
Facsimile:  404-962-6300

Attorneys for Defendant Georgia Wines, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| PRISCILLA PRIESTLEY, | ) | |
| | ) | Civil Action No. |
| Plaintiff, | ) | 4:20-cv-00254-HLM-WEJ |
| | ) | |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| GEORGIA WINES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

_____

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on January 15, 2021, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

This 15th day of January 2021

/s/ V. Severin Roberts
V. Severin Roberts
Georgia Bar No. 940504